IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAHARI BAILEY, et al.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | **NO.   10-5952** |
| Defendants. | : | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

     Kindly enter my appearance on behalf of defendants, City of Philadelphia, Police Commissioner Charles Ramsey, P/O Keith Donofrio, P/O Michael McCormick, P/O Gregory Giacomelli, P/O Martin Campbell, P/O Paul Port, P/O Thomas Schaffling, P/O Timothy Devlin, P/O Donna Stewart, and Police Sergeant Kevin Bernard, in the above-referenced matter.

                                                Respectfully Submitted,

Date:  January 8, 2016                  /s/ *Jonathan Cooper*
                                                Jonathan Cooper
                                                Assistant City Solicitor
                                                Attorney Identification No. 316374
                                                City of Philadelphia Law Department
                                                1515 Arch Street, 14th Floor
                                                Philadelphia, PA  19102-1595
                                                (215) 683-5448
                                                jonathan.cooper@phila.gov

## **CERTIFICATE OF SERVICE**

I, Jonathan Cooper, hereby certify that on this date, the foregoing Entry of Appearance was electronically filed and is available for viewing and downloading from the ECF system.

Date: January 8, 2016                             /s/ *Jonathan Cooper*
                                                                    Jonathan Cooper
                                                                    Assistant City Solicitor
                                                                    Attorney Identification No. 316374
                                                                    City of Philadelphia Law Department
                                                                    1515 Arch Street, 14th Floor
                                                                    Philadelphia, PA  19102-1595
                                                                    (215) 683-5448
                                                                    jonathan.cooper@phila.gov