

QUALITY OF LIFE ENFORCEMENT: 2007 TO 2020

NOTES:
OFFENSE DATA IS TABULATED USING UCR CODES FROM CJIS/INCT DATABASE, DATA COULD CHANGE BASED ON INVESTIGATIONS AND RECLASSIFICATIONS.

CITY BEGAN ENFORCING MARIJUANA POSSESSION THROUGH CITY CODE VIOLATIONS IN 2014

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURFEW | 21913 | 20669 | 19603 | 16632 | 11790 | 15912 | 17063 | 15864 | 13392 | 8126 | 7395 | 4932 | 4665 | 1101 |
| SIMPLE TRESPASS | 405 | 354 | 247 | 289 | 279 | 208 | 250 | 207 | 202 | 231 | 234 | 240 | 276 | 280 |
| MINOR DISORDERLY CONDUCT/FAILURE TO DISPERSE | 2773 | 3230 | 3252 | 3019 | 2254 | 2048 | 1929 | 1805 | 1815 | 1244 | 914 | 766 | 1032 | 726 |
| OBSTRUCTING STREET/HIGHWAY | 1206 | 1037 | 969 | 1152 | 908 | 1234 | 1088 | 1142 | 1065 | 689 | 677 | 240 | 537 | 171 |
| GAMBLING | 142 | 125 | 99 | 71 | 54 | 63 | 52 | 46 | 44 | 43 | 42 | 30 | 75 | 9 |
| TRUANCY | 28382 | 29830 | 30069 | 26353 | 19637 | 20236 | 20564 | 17819 | 15990 | 12742 | 10203 | 9179 | 7713 | 2163 |
| POSSESSION/USE SMALL AMOUNTS OF MARIJUANA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 744 | 1543 | 2550 | 2796 | 3780 | 2767 |



Investigatory Stops: 2007 to 2020

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014* | 2015 | 2016 | 2017 | 2018 | 2019 | 2020* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VEHICLE STOPS (2702)*** | 226291 | 268492 | 249705 | 240370 | 218668 | 224535 | 221792 | 364873 | 386808 | 377231 | 419854 | 303347 | 398843 | 152014 |
| PEDESTRIAN STOPS (2701)*** | 138419 | 216591 | 253160 | 237182 | 202461 | 215841 | 225369 | 219620 | 227876 | 145659 | 107897 | 76456 | 79860 | 29339 |



Murders, Shooting Victims and VUFA Arrests (Firearm Posession): 2007 to 2020

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHOOTING VICTIMS | 1597 | 1399 | 1361 | 1471 | 1407 | 1279 | 1128 | 1047 | 1235 | 1278 | 1223 | 1403 | 1465 | 2246 |
| VUFA (Firearms Only) | 1335 | 1321 | 1184 | 1116 | 1169 | 1089 | 938 | 1037 | 927 | 1085 | 1236 | 1237 | 1479 | 2062 |
| MURDER | 391 | 331 | 302 | 306 | 324 | 331 | 247 | 248 | 280 | 273 | 316 | 351 | 355 | 495 |



## Proactive Policing* vs Shooting Victims: 2007 to 2020

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROACTIVE POLICING | 419531 | 540328 | 557104 | 525068 | 456051 | 480077 | 488107 | 621410 | 647936 | 547508 | 549766 | 397986 | 496781 | 188570 |
| SHOOTING VICTIMS | 1597 | 1399 | 1361 | 1471 | 1407 | 1279 | 1128 | 1047 | 1235 | 1278 | 1223 | 1403 | 1465 | 2246 |

| QUALITY OF LIFE OFFENSE | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POSSESSION/USE SMALL AMOUNTS OF MARIJUANA | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 34 | 744 | 1543 | 2550 | 2796 | 3780 | 2767 |
| TRUANCY | 28382 | 29830 | 30069 | 26353 | 19637 | 20236 | 20564 | 17819 | 15990 | 12742 | 10203 | 9179 | 7713 | 2163 |
| GAMBLING | 142 | 125 | 99 | 71 | 54 | 63 | 52 | 46 | 44 | 43 | 42 | 30 | 75 | 9 |
| OBSTRUCTING STREET/HIGHWAY | 1206 | 1037 | 969 | 1152 | 908 | 1234 | 1088 | 1142 | 1065 | 689 | 677 | 240 | 537 | 171 |
| MINOR DISORDERLY CONDUCT/FAILURE TO DISPERSE | 2773 | 3230 | 3252 | 3019 | 2254 | 2048 | 1929 | 1805 | 1815 | 1244 | 914 | 766 | 1032 | 726 |
| SIMPLE TRESPASS | 405 | 354 | 247 | 289 | 279 | 208 | 250 | 207 | 202 | 231 | 234 | 240 | 276 | 280 |
| CURFEW | 21913 | 20669 | 19603 | 16632 | 11790 | 15912 | 17063 | 15864 | 13392 | 8126 | 7395 | 4932 | 4665 | 1101 |
| Total | 54821 | 55245 | 54239 | 47516 | 34922 | 39701 | 40946 | 36917 | 33252 | 24618 | 22015 | 18183 | 18078 | 7217 |

NOTES: OFFENSE DATA IS TABULATED USING UCR CODES FROM CJIS/INCT DATABASE, DATA COULD CHANGE BASED ON INVESTIGATIONS AND RECLASSIFICATIONS

| CATEGORY | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014* | 2015 | 2016 | 2017 | 2018 | 2019 | 2020* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PEDESTRIAN STOPS (2701)*** | 138419 | 216591 | 253160 | 237182 | 202461 | 215841 | 225369 | 219620 | 227876 | 145659 | 107897 | 76456 | 79860 | 29339 |
| VEHICLE STOPS (2702)*** | 226291 | 268492 | 249705 | 240370 | 218668 | 224535 | 221792 | 364873 | 386808 | 377231 | 419854 | 303347 | 398843 | 152014 |
| Total Stops | 364710 | 485083 | 502865 | 477552 | 421129 | 440376 | 447161 | 584493 | 614684 | 522890 | 527751 | 379803 | 478703 | 181353 |

NOTES: 2014 Data includes only Feb through Dec due to new 48A system implementation.  2007 to 2013 stop records come from INCT

| CATEGORY | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MURDER | 391 | 331 | 302 | 306 | 324 | 331 | 247 | 248 | 280 | 273 | 316 | 351 | 355 | 495 |
| SHOOTING VICTIMS | 1597 | 1399 | 1361 | 1471 | 1407 | 1279 | 1128 | 1047 | 1235 | 1278 | 1223 | 1403 | 1465 | 2246 |
| VUFA (Firearms Only) | 1335 | 1321 | 1184 | 1116 | 1169 | 1089 | 938 | 1037 | 927 | 1085 | 1236 | 1237 | 1479 | 2062 |

| PROACTIVE POLICING | 419531 | 540328 | 557104 | 525068 | 456051 | 480077 | 488107 | 621410 | 647936 | 547508 | 549766 | 397986 | 496781 | 188570 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NOTES: "Proactive Policing" aggregates together all Quality of Life and Pedestrian/Vehicle stops



Chart Title

| OFFENSE | UCR CODES USED |
|---|---|
| POSSESSION/USE SMALL AMOUNTS OF MARIJUANA | 1828 1829 1830 1831 2691 |
| TRUANCY | 3129 |
| GAMBLING | 1900 SERIES |
| OBSTRUCTING STREET/HIGHWAY | 2403 2417 2418 |
| MINOR DISORDERLY CONDUCT/FAILURE TO DISPERSE | 2404 2413 2414 |
| SIMPLE TRESPASS | 2616 |
| CURFEW | 2684 2685 |