# *MEMORANDUM*

**POLICE**

**CITY OF PHILADELPHIA**

**DATE:  03/31/21**

TO          :  Deputy Commissioner, Patrol Operations

FROM     :  Commanding Officer, 1st District

SUBJECT :  <u>1ST DISTRICT RECURRING QUALITY OF LIFE COMPLAINTS</u>

1.  The top recurring quality of life complaints received from the 1st District community are as follows:

- Nuisance Bar 1550 McKean Street (Station Bar)
  - ➢ Littering, vandalism, Lewd Acts in Public, Public Urination/Defecation
- Reckless Operation of ATV's and Dirtbikes
  - ➢ Broad Street, Pattison Avenue, FDR Park
- Boom Cars, Pop-up Car Shows, Drag Racing
  - ➢ Broad Street, Pattison Avenue, FDR Park
- Illegal Parking
  - ➢ Too Close to Corners, Blocking Private Driveways, Double Parking (Deliveries)
- Short Dumping
  - ➢ 29th & Moore Streets
  - ➢ Tires
- Speak Easies
  - ➢ 2129 Taney Terrace
  - ➢ 2041 Hemberger Street
- Drug Sales
  - ➢ Wilson Park Housing Development
  - ➢ Garnet Street & Snyder Avenue
  - ➢ 2000 Dorrance Street
  - ➢ 1500 Ritner Street
- Underage Drinking/Outdoor Marijuana Use/Disorderly Crowds
  - ➢ 1700-1900 Pollack Street, FDR Park
- Homeless Issues
  - ➢ Panhandling, Human Waste
  - ➢ Broad Street, Passyunk Avenue, Penrose Avenue
- Graffiti

2.  All 1st District Officers are aware of and updated regularly on these issues, regularly at roll calls.

3.  PPD Units and outside agencies assisting in addressing of these issues are as follows:

- Narcotics Strike Force
- Narcotics Field Unit
- Highway Patrol
- Citywide Vice
- Neighborhood Services Unit
- Philadelphia Housing Authority Police
- Department of License & Inspections
- 311
- Philadelphia School District/School Police
- Pennsylvania State Police Liquor Control Board
- Department of Sanitation
- Homeless Outreach

*MEMORANDUM*

**POLICE**
**CITY OF PHILADELPHIA**

SUBJECT : <u>1ST DISTRICT RECURRING QUALITY OF LIFE COMPLAINTS</u>

4.  I appreciate your attention and concern in regard to these issues and look forward to
    any input and assistance you can offer in creating solutions.


*Robert Zaffino*
_____

Robert Zaffino
Captain                                                                                    #63
Commanding Officer
1st District

# *MEMORANDUM*

**TO**         **:** Chief Inspector, Regional Operations Command - North

**FROM**    **:** Commanding Officer, 2nd District

**SUBJECT : <u>QUALITY OF LIFE CONCERNS WITHIN THE 2ND DISTRICT</u>**

1. The following is a compilation of the most frequent "quality of life" complaints received by the 2nd Police District.

2. Complaints include;
   a. Crowds of juveniles and underage drinking at Fox Chase Rec. Center (7900 Rockwell)
   b. Illegal Parking of trucks in PSA 3 (Hartel/Summerdale, 2100/2200 Bleigh)
   c. Crowds and marijuana use in the park at 2400 Faunce & 2400 Shelmire
   d. Crowds and juveniles panhandling at gas stations (780 Adams Ave, 5690 Rising Sun Ave, 5700 Roosevelt Blvd)
   e. Drag Racing and pop-up car shows at 2300 Cottman Ave (Roosevelt Mall)
   f. Illegal truck and tow truck parking 5700 to 6300 Tabor Ave along the Navy Depot
   g. Public drinking and public urination near the beer takeout and distributor at 729 Adams/5300 Montour.
   h. Dirt bikes on public fields and highway at 400 Comly St (Lawncrest Rec Center) 900 Godfrey Ave (Houseman Rec Center).
   i. Abandoned vehicles are the primary 3-1-1 complaint with no particular area of concentration.
   j. Illegal dumping specifically 200 Godfrey Ave @ Newtown Ave, 5500 Langdon St @ Godfrey Ave, 7400 Pennway St, and 7900 Dungan Rd behind the shopping centers.

3. Please accept this list of "Quality of life" issues within the 2nd Police District.

---

Matthew Deacon
Captain                                                          35
2nd District

POLICE
CITY OF PHILADELPHIA

# *MEMORANDUM*

DATE: 03-31-21

**TO** : Deputy Commissioner, Patrol Operations

**FROM** : Commanding Officer, 3rd District

**SUBJECT:** <u>3rd DISTRICT QUALITY OF LIFE COMPLAINTS</u>

1. The following ten (10) quality of life complaints are received most often by residents of the 3rd District:

   1) **7th Street Corridor**: There are a multitude of issues along this corridor, including open-air drug sales, public drug use, prostitution, and vagrancy.
   2) **Dirt Bikes and ATVs**: Operators illegally operate these vehicles throughout the District, primarily on Broad Street, South Street, and Columbus Boulevard.
   3) **Car Meets and "Boom Cars:"** High volumes of persons and vehicles frequently attempt to congregate in the District, primarily in the area of the stadiums and along Columbus Boulevard.
   4) **South Street**: This corridor causes a variety of complaints, such as loud music, drinking on the highway, disorderly crowds, and dirt bikes/ATVs.
   5) **Nickels' Tavern**: Residents in the area of 2nd Street and Oregon Avenue complain of loud disorderly crowds and lack of adherence to Covid-19 Guidelines in addition to three (3) shooting incidents since January of 2020.
   6) **The Venue**: Residents in the area of 1300 Packer Avenue complain of loud, disorderly crowds in addition to operations past normal business hours.
   7) **Disorderly Adolescents**: Residents in the area of 400 Catharine/Queens Streets and 200 Catharine/Queen streets are displeased with a group of children frequenting playgrounds creating disturbances with other youth and being disrespectful to adults.
   8) **Underage Weekend Drinking**: Intermittent complaints are received in reference to underage juveniles drinking in the area of Furness High School and the Sharswood School.
   9) **Homeless Population**: Residents District-wide complain about homeless issues such as aggressive behavior, public urination/defecation, and pop-up encampments.
   10) **Loud Music**: Residents throughout the District complain about a variety of issues such as loud music from Air BnBs, residences, playgrounds, and vehicles.

*Capt. Brian Hartzell #9*

_____
Brian Hartzell
Captain                                    #9
3rd Police District

RESPONSE TO THIS  MEMORANDUM  MAY BE MADE HEREON IN LONGHAND

*MEMORANDUM*

**POLICE**
**CITY OF PHILADELPHIA**
**DATE: 3/31/21**

**TO**        **:**   Chief Inspector, Regional Operations Command North

**FROM**    **:**   Commanding Officer, 5th Police District

**SUBJECT :**   <u>**TOP TEN (10) COMPLAINTS**</u>

1.  6701 Ridge Avenue - (Wawa) complaint of homeless woman frequenting the store. Woman offered outreach and refused.  Has not been seen recently.

2.  419 Evergreen Street - complaint of A/F vandalizing property.  Complainant possible 302, VAO has been to this location numerous times.

3.  300 Carson Street – complaints of illegal parking.

4.  100 Dupont Street – cars traveling wrong way down the one way street possibly due to construction.

5.  700 Cathedral Road – report of disorderly juveniles Friday and Saturday night at approximately 8:30pm.

6.  900 Grakyn Lane – Houston Playground check on youth playing basketball due to past complaints of late night games.

7.  529 Greenhill Lane – complaint of early morning loud noise.

8.  8400 Hagy's Mill Road – complaint of trespasser who hacked two tress.  Suspect identified, Northwest Detectives investigating.

9.  7800 Nixon Street – complaint of dirt bikes, ATV's riding in the area.

10. 255 Greenough Street – complaint of a male and female possibly squatting at property.  Both individuals arrested for warrants out of West Norriton, PA.


*Captain Malachi Jones #6*
_____
Malachi Jones
Captain #65
Commanding Officer
5th Police District

*MEMORANDUM*

**POLICE**

**CITY OF PHILADELPHIA**

**DATE:**  3/31/21

**TO**      :  Chief Inspector, Regional Operations Command North

**FROM**  :  Commanding Officer, 7th District

**SUBJECT :**  <u>**TOP TEN QUALITY OF LIFE COMPLAINTS**</u>

1.  The top then quality of life complaints received by the 7th District are:

- Illegal trash dumping (rear of shopping center located at 10000 Bustleton Avenue)
- Illegal parking of large trucks in residential areas (numerous complaints received throughout residential areas in both PSA #2 and PSA #3)
- Fireworks (Anne Frank Elementary School 2000 Bowler Street)
- Loud Music (various apartment buildings located within PSA #1, PSA #2 and PSA #3)
- Panhandling (along the Roosevelt Boulevard corridor throughout the District)
- Illegal ATV's/Dirt bikes/Quads operating on the highway (8600 Verree Road)
- Underage drinking (Somerton Field 1400 Southampton Road)
- Homelessness (9200 Roosevelt Boulevard and 10100 Bustleton Avenue)
- Smoking of marijuana (Gifford Playground 575 Tomlinson Road)
- Mental health issues (various locations throughout PSA #1, PSA #2 and PSA #3)

2.  Consideration to this memorandum is greatly appreciated.

*Robert Ritchie*
Robert Ritchie
Captain                                                    #31
7th District

# *MEMORANDUM*

POLICE

**CITY OF PHILADELPHIA**

**DATE:**  03-31-2021

**TO**        **:**   Chief Inspector, Regional Operations Command North

**FROM**    **:**   Commanding Officer, 8th District

**SUBJECT  :**   <u>8th DISTRICT QUALITY OF LIFE ISSUES</u>

1.  The below list identifies the biggest quality of life issues facing the 8th District.

     * Theft from Autos, Car Meets and Homeless Persons at Philadelphia Mills Mall
     * Large Crowds and Destructive Behavior in Penny Pack Park
     * ATV/Dirt Bikes riding throughout the district
     * Underage Drinking that occurs at Recreation Centers and Wooded Areas
     * Large Crowds and Drinking at Boat Ramp at 9201 N. Delaware Ave.
     * Drag Racing that occurs on Woodhaven Rd. and at 14000 Townsend Rd.
     * Panhandling along Roosevelt Blvd and in Shopping Centers
     * Commercial Truck parking along 12000 Townsend Rd. and 11900 Thornton Rd.
     * Illegal Fireworks during the Spring and Summer Months
     * Organized Pedal Bike Rideouts

*Timothy Linneman*

Timothy Linneman
Captain                    #1
Commanding Officer
8th District

# *MEMORANDUM*

**POLICE**

**CITY OF PHILADELPHIA**

**DATE:  3/25/21**

**TO**          **:** Deputy Commisioner, Patrol Operations

**FROM**    **:** Commanding Officer, 12th District

**SUBJECT :** <u>**QUALITY OF LIFE ISSUES**</u>

1. The following is a list of the top quality of life concerns expressed by citizens within the 12th District.

   - Abandoned Autos
   - Speakeasies
   - Drag Racing
   - Street Mechanics
   - Illegal Dumping
   - Tractor Trailer Parking
   - Graffiti
   - Potholes
   - Vacant Lots
   - Abandoned Houses

*Scott Drissel*
_____
Scott Drissel
Captain                                    #99
Commanding Officer
12th District

*MEMORANDUM*

POLICE
**CITY OF PHILADELPHIA**

0

*MEMORANDUM*

**P O L I C E**
**CITY OF PHILADELPHIA**
**DATE:   03-31-21**

**TO**        **:**  Chief Inspector, Regional Operations Command North

**FROM**    **:**  Commanding Officer, 14th Police District

**SUBJECT :**  <u>**QUALITY OF LIFE ISSUES**</u>

    1.  The following are the top quality of life complaints received in the 14th District:

- Drinking on the highway
- Gambling on the highway
- Short dumping
- Abandoned autos
- Loitering

*Nicholas Smith #25*

_____
Nicholas Smith
Captain                              #25
Commanding Officer
14th Police District

*MEMORANDUM*

**POLICE**
**CITY OF PHILADELPHIA**

**DATE:  03-31-21**

**TO**    **:** Chief Inspector, Regional Operations Command North

**FROM**   **:** Commanding Officer, 15th District

**SUBJECT :** <u>**15TH DISTRICT QUALITY OF LIFE ISUUES**</u>

1.  Listed below are the quality of life issues currently affecting the 15th District:

> 1-Abandoned Vehicles(5000 Oxford, 1300 Foulkrod, 900 Foulkrod, 4200 Bath)
> 2-Loud Music(Riverfront, Comly/Milnor)
> 3-Illegal Parking(2000 Plum, Lower Torresdale Avenue business corridor)
> 4-Marijuana Smoking(Multiple locations)
> 5-Drinking on the highway/Disorderly Crowds(Multiple locations, 1640 Bridge)
> 6-Panhandling(Multiple locations, 4700 Frankford)
> 7-Dirtbikes/ATV's(Multiple locations)
> 8-Homelessness/Prostitution(Multiple locations, 4700 Frankford, Pause Park)
> 9-Trash/Illegal Dumping(Multiple locations, Frankford/Unity)
> 10-Grafitti(Multiple locations)

2.  Your consideration of this request is greatly appreciated.

John F. Walker
Captain                      #20
Commanding Officer
15th District

POLICE
CITY OF PHILADELPHIA

*MEMORANDUM*                                          **DATE: 3/30/21**

**TO:**        Deputy Commissioner, Patrol Operations

**FROM:**    Commanding Officer, 16th Police District

**SUBJECT:**  <u>**QUALITY OF LIFE COMPLAINTS**</u>

1. On March 30, 2021, the 16th District was tasked with compiling a list of our top ten quality of life complaints that we are receiving from the community. Our top ten are as follows:

   - Open containers/ drinking on the highway
   - Urination on the highway
   - Crowds
   - Short dumping
   - Abandoned houses
   - Abandoned vehicles
   - Homeless/ Transients
   - Speeding/ Drag racing
   - Unpermitted parties/ activities
   - Nuisance bars

2. Thank you for your attention in this matter.

<u>*Samantha U.*</u>

<u>*Brown*</u>

Samantha U. Brown
Captain                                          #29
16th District

POLICE
CITY OF PHILADELPHIA

# *MEMORANDUM*

**DATE:** 03-30-21

**TO** **:** Deputy Commissioner, Patrol Operations

**FROM** **:** Commanding Officer, 17th Police District

**SUBJECT :** <u>**QUALITY OF LIFE COMPLAINTS FOR 17TH DISTRICT**</u>

1. The district receives complaints in several formats from the community, including verbally, electronically, and through the mail. Response to the quality of life issues affecting those living and working within the district are taken seriously and addressed in a variety of ways depending on the issue.

2. The 17th District has received the following quality of life complaints from the community:

   - Drinking and Open containers/ Public Intoxication-20th & Federal St.
   - Narcotics sales- 1900Ellsworth St.
   - Dogs unleashed/defecation –Wharton Square Park, 24th & Wharton St.
   - Parking issues- District wide
   - Fireworks-District wide
   - Abandoned autos- PSA 2
   - Graffiti-25th Street corridor
   - Dirt bikes- Broad St. corridor
   - Short dumping- 25th Street corridor
   - Loud music- 1500 Catherine St.

3. This above mentioned list is in no particular order as these quality of life issues change in order and priority depending on the time of year and weather conditions. It is however issues we are continuously contending with and the most prevalent quality of life issues in our particular neighborhoods.

*Michael O'Donnell*

_____
Michael O'Donnell
Captain #53
Commanding Officer
17th Police District

# MEMORANDUM

POLICE
CITY OF PHILADELPHIA
03-30-2021

**TO**      **:**  Deputy Commissioner, Patrol Operations

**FROM**   **:**  Commanding Officer 18th Police District

**SUBJECT :**  <u>**18th DISTRICT QUALITY OF LIFE ISSUES**</u>

1.  The following are the most received Quality of Life Complaints by the 18th District.

- Abandoned Autos
- Dirt Bikes in Traffic
- Double Parking/Saving Spaces
- Open Container/Public Intoxication
- Public Urination
- Loitering
- Panhandling
- Street Mechanics
- Marijuana Smoking
- Loud Music


*Matthew Gillespie*
Matthew Gillespie                    45
Captain
18th District

*MEMORANDUM*

POLICE
**CITY OF PHILADELPHIA**

**DATE:**   3/30/2021

**TO**        :   Deputy Commissioner, Patrol Operations

**FROM**   :   Commanding Officer, 19th District

**SUBJECT :**   **QUALITY OF LIFE COMPLAINTS**

1. Below is the list of quality of life complaints, that the 19th District has received from the community.

   1. Parking on sidewalks and double parking
   2. Stores that are open 24 hours
   3. Abandon houses
   4. Abandon autos
   5. Smoking marijuana on the highway
   6. Drinking on the highway
   7. Gambling on the highway
   8. Loud music from autos and houses
   9. Graffiti

*Robert Mckeever*
_____
Robert Mckeever
Captain # 60
Commanding Officer, 19th District

# *MEMORANDUM*

**POLICE**
**CITY OF PHILADELPHIA**

**DATE:  03-31-21**

**TO**　　　**:** Chief Inspector, Regional Operations Command North

**FROM**　　**:** Commanding Officer, 24th Police District

**SUBJECT : <u>QUALITY OF LIFE COMPLAINTS FROM COMMUNITY</u>**

1. First and foremost, I will list the obvious, my biggest complaint I get on a regular basis is the amount of open air drug corners that operate daily, so that will be listed first.

    a. Numerous open air drug markets
    b. 4200-4600 G St- pop up car washes (shared with the 25th District)
    c. 3356  Kensington Ave- Club "Invazion" Café (still under **cease order**)
    d. 3300-3500 I St- illegal parking, cones reserving spots
    e. Aramingo & Castor corridor – car meets, loud music, drag racing
    f. G St & Hunting Park- car meets, loud music, drag racing (shared with the 25th District)
    g. 1901 Buckius St- Inhale Hookah Lounge-
    h. 1101 E. Cayuga St, Ferko Playground- disorderly crowds with loud music
    i. 601 E. Indiana St, McPherson Square-large homeless population
    j. 2535 E. Allegheny Ave, Campbell Square Park- homeless population
    k. 215 E. Indiana St, Hope Park-  large homeless population, open air drugs sales

2. The list is a sample of my most consistent community concerns.

*Pedro R. Rosario*

_____

Pedro R. Rosario
Captain　　　　　　　　　　　　　　　　　　#18
Commanding Officer
24th Police District

# MEMORANDUM

**POLICE**

**CITY OF PHILADELPHIA**

**DATE: 03-31-21**

**TO**         **:** Chief Inspector, Regional Operations Command North

**FROM**    **:** Commanding Officer, 25th Police District

**SUBJECT : <u>25TH POLICE DISTRICT TOP TEN PROBLEMATIC QUALITY OF LIFE LOCATIONS</u>**

    1.  The 25th District has the following problematic Quality of Life locations:

        * Front Street & Lehigh Avenue (Homeless and Narcotics)
        * 2nd Lehigh Avenue (Homeless and Narcotics)
        * 3500 Germantown Avenue (Gambling and Panhandling)
        * Hunting Park Avenue & Old York Road (Prostitution)
        * 305 E. Wyoming Avenue (Speakeasy)
        * 3215 Front Street (Speakeasy)
        * 4362 N Franklin Street (Speakeasy)
        * 3801 Old York Road (Speakeasy)
        * 3500 Warnock Street (Gambling)
        * 400 W. Indiana Street (Homeless, Narcotics & Short Dumping)

    2. Thank you for your attention in this matter.

*Javier Rodriguez*

_____

Javier Rodriguez
Captain                 #46
Commanding Officer
25th Police District

82-S-1   (Rev. 3/59)          RESPONSE  TO  THIS  MEMORANDUM   MAY BE MADE HEREON  IN  LONGHAND

# *MEMORANDUM*

**POLICE**
**CITY OF PHILADELPHIA**

**DATE:  3-31-21**

**TO**     **:** Chief Inspector, Regional Operations Command North

**FROM**  **:** Commanding Officer, 26th District

**SUBJECT :** <u>26TH DISTRICT QUALITY OF LIFE COMPLAINTS</u>

1. The following is a list of quality of life complaints received throughout the 26th District:

   - **Front St/Girard Ave** - pill sales, loitering      (PSA 3)
   - **630 W. Girard Ave**- pill sales, loitering        (PSA 2)
   - **2000 E. Letterly St** - abandoned vehicles, littering  (PSA 3)
   - **2400 Kensington Ave** – prostitution, crack sales   (PSA 3)
   - **2400 N. Reese St** – marijuana sales         (PSA 1)
   - **1900 E. Sergeant St** – homeless people, prostitution  (PSA 3)
   - **2600 Kensington Ave** – prostitution, homeless people  (PSA 3)
   - **Leithgow St/Norris St** – crack sales, loitering        (PSA 1)
   - **7th & Master St** – crack sales, loitering, public drinking  (PSA 2)
   - **1900 E. Harold St** – prostitution, littering, public urination/defecation  (PSA 3)

2. Thank you for your attention into this matter.

*William Fisher*

---

William Fisher
Captain                         #16
Commanding Officer
26th District

*MEMORANDUM*

**POLICE**
**CITY OF PHILADELPHIA**

**DATE:  03-31-21**

**TO**        **:** Chief Inspector, Regional Operations Command North

**FROM**    **:** Commanding Officer, 35TH District

**SUBJECT:** __35th DISTRICT'S TOP TEN QUALITY OF LIFE COMPLAINTS__

1. The top ten Quality of Life complaints by the citizens of the 35th Police District are as follows:

   - Loitering on corners
   - Groups smoking marijuana
   - Noise complaints
   - Abandoned vehicles
   - Short Dumping
   - Illegal Parkers
   - Disorderly crowds
   - Littering
   - Graffiti
   - Drinking on the highway

2. This list was comprised by complaints received and addressed by our Community Relations team, CRO, VAO, & NROs, via phone and in person meetings with citizens.

3. Your attention to this matter is appreciated.

*Michael Zimmerman*
_____
Michael Zimmerman
Captain                                    #2
Commanding Officer
35th Police District

**POLICE**
**CITY OF PHILADELPHIA**

*MEMORANDUM*

**DATE**: 3-31-21

**TO**      : Chief Inspector, Regional Operations Command-North

**FROM**    : Commanding Officer, 39th District

**SUBJECT**: <u>**TOP 10 QUALITY OF LIFE COMPLAINTS**</u>

1. Below is the list of the 10 most reported Quality of Life complaints in the 39th District.

   1.) Groups of males hanging on the corners blocking the sidewalk.
   2.) Same groups of males selling and smoking marijuana.
   3.) Drinking alcoholic beverages on the corners and outside the numerous Stop & Gos.
   4.) Groups of males gambling on the highway.
   5.) Males congregating on abandoned properties or the properties of seniors.
   6.) Abandoned properties not boarded up or torn down.
   7.) Empty lots used as garbage dumps.
   8.) Abandoned vehicles.
   9.) Prolific drug sales from inside various addresses.
   10.) Dirt bikes and ATVS that overtake the neighborhoods.

2. Respectfully submitted for your review.


*Anthony Ginaldi*
Anthony Ginaldi
Captain                    #52
Commanding Officer
39th District

*MEMORANDUM*

**POLICE**
**CITY OF PHILADELPHIA**

**DATE:  3-31-21**

TO      **:**  Deputy Commissioner, Patrol Operations

**FROM**    **:**  Commanding Officer, 6th District

**SUBJECT :**  <u>**QUALITY OF LIFE COMPLAINTS**</u>

    1.  Below are the top ten quality of life complaints from the community in the 6th District:

> ATVs
> Homeless Encampments
> Panhandling
> Autos Operating Recklessly
> Abandoned Autos
> Noise Complaints (Nightclub/Bars)
> Disorderly Crowds (Nightclub/Bars)
> Airbnb
> Graffiti
> Bicycle Lanes

_____

Captain Matthew James        #14
Commanding Officer
6th District

*MEMORANDUM*

**POLICE**
**CITY OF PHILADELPHIA**

**DATE:**  03-31-21

**TO:**  Deputy Commissioner, Patrol Operations

**FROM:**  Commanding Officer, 9th District

**SUBJECT:**  <u>**QUALITY OF LIFE COMPLAINTS**</u>

1. Below is a list of ten (10) Quality of Life complaints for the 9th District:

- Snack Time Band at Rittenhouse Square
- Crowds at 15th & Market Septa Escalator
- Panhandling
- Drug sales 17th & Wallace
- ATVS/Dirt Bikes at the Art Museum
- Homelessness in Septa concourse
- Disorderly juveniles on the Schuylkill River Trail
- Soliciting of tourists at Love Park
- Soliciting of tourists at the Rocky statue
- Juveniles on bikes throughout Center City

2. Thank you for your attention to this matter.

*Captain Michael Hooven #28*
Michael Hooven
Captain                                                        #28
9th District

*MEMORANDUM*

POLICE
**CITY OF PHILADELPHIA**

**DATE:  3/30/21**

TO       **:**  Deputy Commissioner, Patrol Operations

FROM   **:**  Commanding Officer, 22nd District

SUBJECT **:**  <u>22ND DISTRICT QUALITY OF LIFE CONCERNS</u>

1.  The 22nd District has a few areas for improvement regarding Quality of Life concerns. They are listed below.

   **Ridge Avenue/Cecil B Moore Avenue**
   This is large intersection with several take-out establishments and alcohol vendors. The nearby grassy area is a perfect spot for people to gather, eat, and drink their recently bought items.  Trash can pile up, including empty cans.

   **1600 Susquehanna Avenue**
   With a deli on the corner that sells alcohol, this block has become a gathering spot for large crowds on nice days.  There is a park on one side of the street.  This is where most of the crowd gathers.  Trash can pile up, including empty cans.

   **1600 Cumberland Street**
   The park on this block attracts gambling.  Neighbors have also complained about the heavy amount of drinking.  Trash can pile up, including empty cans.

   **Stanley Street/Cumberland Street**
   The park on this corner attracts a crowd of locals, usually drinking and playing loud music.  Trash can pile up, including empty cans.

   **Germantown Avenue/ /Huntingdon Street**
   The park on this corner attracts a crowd of locals, usually drinking and playing loud music.  Trash can pile up, including empty cans.

   **25th Street/Seybert Street**
   There are a couple of gambling locations in this area.  Complaints of gambling were frequent.  Loud music is also usually the subject of complaints.

   **1800 Susquehanna Ave**
   There is a speakeasy at 1815 Susquehanna Avenue which attracts a lot of foot traffic.  Violent crime has be noted in the area.  Trash can pile up.

   **1700 31st Street**
   There is a speakeasy at 1735 N 31st Street which attracts a lot of foot traffic. Violent crime has be noted in the area.  Trash can pile up.

   **2100 Dover Street**
   There is a speakeasy at 2137 N Dover Street which attracts a lot of foot traffic. Violent crime has be noted in the area.  Trash can pile up.

2.  If you have any questions regarding the above listed conditions, let me know.

_____

Nashi Akil
Captain                           #
Commanding Officer
22nd District

# MEMORANDUM

**POLICE**

**City of Philadelphia**

Date: 3-31-21

TO     : Deputy Commissioner, Patrol Operations

FROM   : Commanding Officer, Center City District

SUBJECT: **<u>QUALITY OF LIFE ISSUES</u>**

1. Below are a list of Quality of Life issues that plague the Center City District on a daily basis:

   - Panhandling Issues
   - Homeless Issues
   - Public Urination
   - Gambling on the Highway
   - Sleeping on the Highway/Sidewalks
   - Obstruction of the Highway/Sidewalks
   - Homeless Encampments
   - Littering on Highway/Sidewalks
   - Protests
   - Graffiti/Vandalism

2. Respectfully submitted.


*Christopher Bradshaw*
Christopher Bradshaw
Captain            #38
Commanding Officer
Center City District